1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                     (HONORABLE NITA L. STORMES)

11 UNITED STATES OF AMERICA,          )   CASE NO. 08MJ1888
                                      )
12         Plaintiff,                 )
                                      )
13 v.                                 )
                                      )   **NOTICE OF APPEARANCE**
14 MARCOS RODRIGUEZ-PORCAYO,          )
                                      )
15         Defendant.                 )
   _____)
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19 attorney in the above-captioned case.

20                                         Respectfully submitted,

21

22 Dated: June 24, 2008                    /s/ *JENNIFER L. COON*
                                           Federal Defenders of San Diego, Inc.
23                                         Attorneys for Defendant
                                           Jennifer_Coon@fd.org
24

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 24, 2008         /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Jennifer_Coon@fd.org (email)