18

AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUL 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY.

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARCOS RODRIGUEZ-PORCAYO

**WAIVER OF INDICTMENT**

CASE NUMBER: _O8CR 2318-BEN_

I, __MARCOS RODRIGUEZ-PORCAYO__ , the above named defendant, who is accused

of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C.,
Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___7/15/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Rodriguez marcos_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_

Judicial Officer