```
 1  JENNIFER L. COON
    California State Bar No. 203913
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101
    Telephone: (619) 234-8467
 4  Email: jennifer_coon@fd.org

 5  Attorneys for Mr. Rodriguez-Porcayo
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08CR2318-BEN |
| Plaintiff, | ) ) | **JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING** |
| v. | ) ) | |
| MARCOS RODRIGUEZ-PORCAYO, | ) ) | |
| Defendant. | ) | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the Sentencing Hearing currently scheduled for August 18, 2008, at 9:00 a.m., be continued to September 8, 2008, at 9:00 a.m., before the Honorable Roger T. Benitez.

Respectfully submitted,

DATED:  August 12, 2008           /s/ JENNIFER L. COON
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Defendant Garcia
                                  jennifer_coon@fd.org

DATED:  August 12, 2008           /s/ CARLA J. BRESSLER
                                  Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy Chambers

    Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

    Copy Defendant

Dated: August 12, 2008      /s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)